Certificate Number: 02114-NH-CC-021284349

## CERTIFICATE OF COUNSELING

I CERTIFY that on 06/26/13, at 05:33 o'clock PM EST, JOHN J LACORTIGLIA received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of New Hampshire, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted by telephone.

Date: 06-26-2013    By    /s/ALICIA GUTIERREZ

Name    ALICIA GUTIERREZ

Title    Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1