Certificate Number: 05781-NH-DE-022615389

Bankruptcy Case Number: 13-12337



05781-NH-DE-022615389

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2014, at 4:37 o'clock PM PST, John J. LaCortiglia completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Hampshire.

Date: January 17, 2014

By: /s/Allison M Geving

Name: Allison M Geving

Title: President